# **Exhibit 1**

82592074;1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven R. Wirth, Esq.
Peter O. Larsen, Esq. (*pro hac vice* admission forthcoming)
Raye Elliott, Esq. (*pro hac vice* admission forthcoming)
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 223-7333
Email:    peter.larsen@akerman.com
             raye.elliott@akerman.com
             steven.wirth@akerman.com

Bradford J. Sandler, Esq.
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email:    bsandler@pszjlaw.com
             ecorma@pszjlaw.com

*Counsel to Plaintiff / Plan Administrator*

| | |
|---|---|
| In re:<br><br>20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,<br><br>                    Plaintiff,<br><br>v.<br><br>FLORIDA DEPARTMENT OF REVENUE, an agency of the State of Florida,<br><br>                    Defendant. | Adversary No. 25-01171 (VFP) |

**STIPULATION AND CONSENT ORDER EXTENDING**
**DEFENDANT'S TIME TO ANSWER COMPLAINT**

---

[1] The last four digits of Debtor Bed Bath & Beyond, Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's claims and noticing agent at https://restructuring.ra.kroll.com/bbby/.

82592074;1

(Page 2)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.* |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. Florida Department of Revenue, 25-01171 (VFP) |
| Caption of Order: | Stipulation and Consent Order Extending |
| | Defendant's Time to Answer Complaint |

 

The relief set forth on the following pages, numbered three (3) through five (5), is

hereby **ORDERED.**

82592074;1

(Page 3)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.* |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. Florida Department of Revenue, 25-01171 (VFP) |
| Caption of Order: | Stipulation and Consent Order Extending Defendant's Time to Answer Complaint |

This stipulation and consent order (the "Stipulation") is made by and between Michael Goldberg, in his capacity as the Plan Administrator (the "Plan Administrator" or "Plaintiff") to 20230930-DK-Butterfly-1, Inc. (the "Wind-Down Debtors") (f/k/a Bed Bath & Beyond Inc. and affiliated Debtors, the "Debtors"),[2] and the Florida Department of Revenue, an agency of the State of Florida ("Defendant"). Plaintiff and Defendant, by and through their undersigned counsel, shall be collectively referred to herein as the "Parties" or individually as a "Party."

## RECITALS

A.      On April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Court"). The cases were jointly administered under the lead *case, In re Bed Bath & Beyond, Inc.,* et al., Case No. 23-13359 (VFP) (Bankr. D.N.J.).[3]

B.      On April 22, 2025, the Plan Administrator filed an adversary complaint against Defendant (the "Complaint"), thereby commencing the above-captioned adversary proceeding.

C.      On April 24, 2025, the Clerk of Court issued the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Adv. D.I. 2] (the "Summons").

---

[2] Pursuant to the Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc., which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to 20230930-DK-Butterfly, Inc. [Filing ID No. 230921001833 DOS ID 315602].

[3] Unless otherwise indicated, docket references in this Stipulation refer to the lead case docket.

82592074;1

(Page 4)

Debtors:            20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*

Case No.:          23-13359 (VFP)

Adv. Proc.:        Goldberg v. Florida Department of Revenue, 25-01171 (VFP)

Caption of Order:  Stipulation and Consent Order Extending
                   Defendant's Time to Answer Complaint

D.    On June 24, 2025, the Plan Administrator filed an *Application in Lieu of Motion in Support of Entry of Stipulation and Consent Order Extending Defendant's Time to Answer Complain*t [Adv. D.I. 6], wherein the deadline for Defendant to answer or otherwise to respond to the Complaint was extended to July 31, 2025.

E.    To avoid the cost of litigation while the Parties attempt to resolve the asserted claims, the Parties hereby enter into this Stipulation, pursuant to which Plaintiff has agreed to continue Defendant's time to answer or otherwise to respond to the Complaint through September 22, 2025.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON COURT APPROVAL OF THIS STIPULATION, IT IS ORDERED THAT:**

1.    Defendant shall have through and including **September 22, 2025** to answer or otherwise to respond to the Complaint.

2.    This Stipulation is without prejudice to any Party's rights.

3.    The undersigned represent and warrant that they have full authority to execute this Stipulation on behalf of the respective Parties and that the respective Parties have full knowledge of, and have consented to, this Stipulation.

4.    This Stipulation may be executed in counterparts or by facsimile or other electronic signature, and each such counterpart together with the others shall constitute one and the same instrument.

82592074;1

(Page 5)

Debtors:                20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*
Case No.:               23-13359 (VFP)
Adv. Proc.:             Goldberg v. Florida Department of Revenue, 25-01171 (VFP)
Caption of Order:       Stipulation and Consent Order Extending
                        Defendant's Time to Answer Complaint

5.      The Court retains jurisdiction with respect to all matters arising from or related

to the implementation of this Stipulation, and the Parties hereby consent to such jurisdiction to

resolve any disputes or controversies arising from or related to this Stipulation.

Dated:  August 5, 2025                          **AKERMAN LLP**

                                                By: */s/ Steven R. Wirth*
                                                Steven R. Wirth, Esq.
                                                Email: steven.wirth@akerman.com
                                                Raye C. Elliott, Esq. (*pro hac vice* admission
                                                forthcoming)
                                                Email:  raye.elliott@akerman.com
                                                401 East Jackson Street, Suite 1700
                                                Tampa, Florida 33602
                                                Telephone: (813) 223-7333
                                                Facsimile: (813) 223-2837

                                                and

                                                Peter O. Larsen, Esq. (*pro hac vice* admission
                                                forthcoming)
                                                Email: peter.larsen@akerman.com
                                                50 North Laura Street, Suite 3100
                                                Jacksonville, Florida 32202
                                                Telephone: (904) 798-3700
                                                Facsimile:  (904) 798-3730

                                                and

                                                **PACHULSKI STANG ZIEHL & JONES LLP**
                                                Bradford J. Sandler, Esq.
                                                Edward A. Corma, Esq.
                                                1700 Broadway, 36th Floor
                                                New York, NY 10019
                                                Telephone: (212) 561-7700
                                                Facsimile: (212) 561-7777
                                                Email: bsandler@pszjlaw.com
                                                        ecorma@pszjlaw.com

                                                *Counsel for the Plan Administrator*

82592074;1